UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 26638
    ANGELA JAYNES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1170


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/22/2005 and was confirmed 03/20/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/13/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JOSEPH A BALDI & ASSOC | ADMINISTRATIV | 850.00 | .00 | 850.00 |
| BESTSOURCE CREDIT UNION | SECURED | 3734.28 | 400.21 | 3734.28 |
| MTG CENTER | CURRENT MORTG | .00 | .00 | .00 |
| ACN | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE PROFFESIONAL GR | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER | UNSECURED | 5077.17 | .00 | 5077.17 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| THE WINDOW GUYS | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 576.34 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 10,638.00 | |
| PRIORITY | | .00 |
| SECURED | | 3,734.28 |
| INTEREST | | 400.21 |
| UNSECURED | | 5,077.17 |
| ADMINISTRATIVE | | 850.00 |
| TRUSTEE COMPENSATION | | 576.34 |
| DEBTOR REFUND | | .00 |
| TOTALS | 10,638.00 | 10,638.00 |


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 26638 ANGELA JAYNES

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/27/07

/s/ Tom Vaughn

_____

TOM VAUGHN
CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 05 B 26638 ANGELA JAYNES